AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

United States of America
v.
Sergio Antonio BUSTOS-Cruz

*Defendant(s)*

Case No.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of April 21, 2022 in the county of Webb in the Southern District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 21 U.S.C. § 952 & 963 | knowingly and unlawfully import and conspire to import from a place outside the United States, to wit: the United Mexican States, to a place in the United States, to wit: Laredo, Texas, a controlled substance listed under Schedule II, of the Controlled Substance Act, to wit: approximately 11.62 kilograms of cocaine. |

This criminal complaint is based on these facts:

See attachment "A".

☑ Continued on the attached sheet.

/S/ Michael Riha
*Complainant's signature*

Michael Riha, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 04/25/2022

*Judge's signature*

City and state: Laredo, Texas

Christopher dos Santos, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES OF AMERICA
V.
**Sergio Antonio BUSTOS-Cruz**

# ATTACHMENT "A"

I, Michael Riha, a Homeland Security Investigations Special Agent, have knowledge of the following facts derived, in part, from either my personal observations, my training and experience, and/or information obtained from other agents and witnesses:

1. On April 21, 2022, Sergio Antonio BUSTOS-Cruz entered the United States at the World Trade Bridge in Laredo, Texas, while operating a commercial tractor-trailer. At the primary inspection area, BUSTOS-Cruz provided a U.S. Customs and Border Protection (CBP) officer an electronic manifest. The CBP officer noted the shipment had an unknown destination and unknown ultimate consignee. The CBP officer referred BUSTOS-Cruz for secondary inspection.

2. At secondary inspection, CBP officers conducted a non-intrusive x-ray scan of the tractor-trailer and discovered anomalies within the roof of the tractor cab. A CBP service canine inspection of the tractor cab resulted in a positive alert. CBP officers inspected the cab of the tractor and discovered several concealed bundles containing a white powdery substance which field tested positive for the properties of cocaine. The discovery resulted in a net gross weight of 11.62 kilograms.

3. During a post-Miranda interview with Homeland Security Investigations (HSI) Special Agents (SAs), BUSTOS-Cruz stated he entered an agreement with unknown individuals in Mexico to transport drugs into the United States. BUSTOS-Cruz stated he was provided the drugs in Mexico and was directed to later drop off the packages with unknown individuals in Laredo, Texas. BUSTOS-Cruz stated he was to be paid after the transaction was complete and upon his return to Mexico.

4. HSI SAs arrested BUSTOS-Cruz for violations of Title 21 United States Code 952 and 963.

**[END]**