STATEMENT IN
SUPPORT OF PROBABLE CAUSE

IN RE:  **Sergio Antonio BUSTOS-Cruz**

I, Michael Riha, declare and state as follows:

1. On April 21, 2022, Sergio Antonio BUSTOS-Cruz entered the United States at the World Trade Bridge in Laredo, Texas, while operating a commercial tractor-trailer. At the primary inspection area, BUSTOS-Cruz provided a U.S. Customs and Border Protection (CBP) officer an electronic manifest. The CBP officer noted the shipment had an unknown destination and unknown ultimate consignee. The CBP officer referred BUSTOS-Cruz for secondary inspection.

2. At secondary inspection, CBP officers conducted a non-intrusive x-ray scan of the tractor-trailer and discovered anomalies within the roof of the tractor cab. A CBP service canine inspection of the tractor cab resulted in a positive alert. CBP officers inspected the cab of the tractor and discovered several concealed bundles containing a white powdery substance which field tested positive for the properties of cocaine. The discovery resulted in a net gross weight of 11.62 kilograms.

3. During a post-Miranda interview with Homeland Security Investigations (HSI) Special Agents (SAs), BUSTOS-Cruz stated he entered an agreement with unknown individuals in Mexico to transport drugs into the United States. BUSTOS-Cruz stated he was provided the drugs in Mexico and was directed to later drop off the packages with unknown individuals in Laredo, Texas. BUSTOS-Cruz stated he was to be paid after the transaction was complete and upon his return to Mexico.

4. HSI SAs arrested BUSTOS-Cruz for violations of Title 21 United States Code 952 and 963.

I declare (certify, verify, or state) under penalty of perjury that the forgoing is true and correct. Executed on the 22nd day of April 2022.

_____
Michael Riha
Special Agent
Homeland Security Investigations

Having reviewed the foregoing declaration, I find probable cause that the defendant(s) named above committed an offense against the laws of the United States and may therefore be further detained pending presentment before a judicial officer.

Executed on the _____ day of _____, 2022.

_____
Christopher dos Santos
UNITED STATES MAGISTRATE JUDGE